IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DELBERT LAWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-2521-KHV-JTR |
| | ) |
| JO ANNE BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,000.00. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 payable from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees and expenses under the EAJA in the amount of $5,000.00, such amount to be paid to Plaintiff's attorney.

IT IS FURTHER ORDERED THAT Plaintiff is awarded costs in the amount of $150.00, to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 8th day of July, 2005,

                                             s/ Kathryn H. Vratil
                                             KATHRYN H. VRATIL
                                             United States District Judge

APPROVED BY:

s/James H. Green
James H. Green #77806
Location One Building
1734 E. 63d Street, Ste. 602
Kansas City, MO 64110
Tel (816) 361-4400
Fax (816) 361-5911
email: jameshenrygreen@yahoo.com
       Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541
Ks. S.Ct.No. 14225
Email: Chris.Allman@usdoj.gov
       Attorneys for Defendant

ELECTRONICALLY SUBMITTED